IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

IN RE:

**THORWALD A. BODENSIEK,**

    Debtor(s)

_____ /

Case No.   14-28818-EPK
Chapter   7

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Amended Notice of Hearing [DE 28] on Debtor's Motion to Value and Determine Secured Status of Lien of OneWest Bank on Real Property [DE 20] was served on was served on all Creditors on the attached CM/ECF Service List via the Court's CM/ECF electronic mail and via US First Class Mail, postage prepaid to all unsecured creditors, and by Certified Mail to the secured creditors on the following service list on November 14, 2014. Proof attached as Exhibit A.

DATED:   November 14, 2014.

ALIANZA LAW FIRM, P.L.

_/s/ Christian S. Diaz_
**Christian S. Diaz, Esq.**
Counsel for the Debtor
14100 Palmetto Frontage Rd
Suite 203
Miami Lakes, FL 33016
Telephone: 305-819-2270
Facsimile: 305- 819-2257
Florida Bar No: 518131.

SECURED CREDITORS SERVICE LIST

OneWest Bank
Attn: CEO Joseph Otting
888 E. Walnut St.
Pasadena, CA 91101

Ocwen Loan Svcg
12650 Ingenuity Road
Orlando, FL 32826-2702

Greentree Servicing
7360 S. Kryene Rd.
Tempe, AZ 85283-8432

Corporation Service Company
Registered Agent for IndyMac/OneWest Bank
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 14-28818-EPK<br>Southern District of Florida<br>West Palm Beach<br>Wed Oct 29 10:13:15 EDT 2014 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cavalry Portafolio Services, LLC<br>PO Box 27288<br>Tempe, AZ 85285-7288 |
| Chase Bank USA<br>201 N. Walnut St.<br>DE1-1027<br>Wilmington, DE 19801-2901 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Green Tree Servicing LLC<br>7360 South Kyrene Road<br>Tempe, AZ 85283-8432 |
| I C System<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | Midland Funding<br>8875 Aero Dr.<br>Ste 200<br>San Diego, CA 92123-2255 | Ocwen Loan Servicing, LLC<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio RC<br>287 Independence<br>Virginia Beach, VA 23462-2962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Syncb/JCP<br>PO Box 965007<br>Orlando, FL 32896-5007 | Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Christian S Diaz<br>14100 Palmetto Frontage Road<br>Suite 203<br>Miami Lakes, FL 33016-1568 |
| Margaret J. Smith<br>1101 Brickell Ave # S-503<br>Miami, FL 33131-3110 | Thorwald A. Bodensiek<br>1904 SW 17th Ave.<br>Boynton Beach, FL 33426-6409 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Assoc.<br>Riverside Commerce Center<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502-4962 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)US Department of Treasury<br>IRS | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     2<br>Total                   18 |

